AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

FILED
JUN 21 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States of America )
v. )
Joselyn Hernandez Marquez )     Case No. EP:12-M-02984(1) NJG
_____ )
         Defendant )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _Yoselin Hernandez Marquez_
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X _Yoselin Hernandez Marquez_
Defendant's signature

The United States consents to the jury-trial waiver:  _____, SAUSA
Government representative's signature

_____
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X _Yoselin Hernandez Marquez_
Defendant's signature

M DeLuatz
Printed name of defendant's attorney (if any)

_____
Signature of defendant's attorney (if any)

Date:  6-21-12

Approved by: _____
Magistrate Judge's signature